UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HABIB MIAH,<br><br>                              Plaintiff,<br><br>             -against-<br><br>MORGAN STANLEY & CO.<br>INTERNATIONAL PLC, et al.,<br><br>                              Defendants. | 25-CV-1208 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated February 13, 2025, the Court directed Plaintiff to pay the $405.00 in fees to initiate this action or ask that the fees be waived. On February 27, 2025, Plaintiff submitted a motion for alternative payment method, indicating that his attempts to pay the fees by wire transfer have been unsuccessful. On March 11, 2025, Plaintiff filed a motion requesting more time to submit the $405.00 in fees.

## CONCLUSION

The Court denies Plaintiff's motion for alternative payment method (ECF 8). Plaintiff must submit payment by cash, bank check, money order, or certified check. If payment may be made in person at the courthouse, he may submit payment using a major credit card.

The Court grants Plaintiff's motion seeking additional time to submit payment (ECF 9). Plaintiff must submit payment within 30 days of the date of this order.

The Clerk of Court is directed to terminate these two motions.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   March 12, 2025
         New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                            Chief United States District Judge