```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HABIB MIAH,

                Plaintiff,

-v-

MORGAN STANLEY & CO. INTERNATIONAL PLC, ET AL.,

                Defendants.

<u>ORDER</u>

25-CV-1208 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Plaintiff filed a motion for "leave to appear [by] video conference for all hearings, conferences, and other court proceedings in this matter." ECF No. 4. Because there is no in-court proceeding or trial currently scheduled, Plaintiff's request is DENIED without prejudice to renewal at a later stage with regard to a particular in-person proceeding that may be scheduled.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 4 as DENIED and to mail a copy of this order to the pro se Plaintiff.

**SO ORDERED.**

Dated: April 23, 2025
       New York, New York

                                        _____
                                        Henry J. Ricardo
                                        United States Magistrate Judge

1