USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HABIB MIAH,

                Plaintiff,

    -v-

MORGAN STANLEY & CO. INTERNATIONAL PLC, ET AL.,

                Defendants.

**ORDER**

25-CV-1208 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    In light of the Court's May 20, 2025 Order, ECF No. 59, all open motions in this action are stayed pending the resolution of the motion to dismiss at ECF No. 30.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

**SO ORDERED.**

Dated: May 22, 2025
       New York, New York

                                            _____
                                            Henry J. Ricardo
                                            United States Magistrate Judge