UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HABIB MIAH,

                Plaintiff,

    -v-

MORGAN STANLEY & CO.
INTERNATIONAL PLC, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/23/2025_____

**ORDER**

25-CV-1208 (PAE) (HJR)

[rel. 25-CV-3582 (PAE) (HJR)]

**HENRY J. RICARDO, United States Magistrate Judge.**

    Plaintiff filed a Letter dated June 17, 2025 requesting leave to communicate with Chambers directly via email. ECF No. 81. Plaintiff's request is DENIED. All communications between the parties and the Court should be by letter on the docket, apart from limited scheduling inquiries and when specifically directed by the Court.

    The Court notes that both sides have complained about excessive filings made by the other. In light of the Court's May 22, 2025 Order that all motions in this action are stayed pending the resolution of the motion to dismiss at ECF No. 30, including the questions of whether there is subject matter jurisdiction, there is no need for additional filings or communications to the Court.

    To the extent the pro se Plaintiff seeks legal advice, all pro se parties are advised that there is a Pro Se Law Clinic available to assist self-represented parties in civil cases. The Clinic may be able to provide a pro se party with advice in connection with their case. The Pro Se Law Clinic is run by a private organization

1

called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit). Litigants in need of legal assistance should complete the City Bar Justice Center's intake form available at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/ to make an appointment. If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday, 10:00 a.m. to 4:00 p.m. Appointments are also available remotely Monday through Friday, 10:00 a.m. to 4:00 p.m.

**SO ORDERED.**

Dated: June 23, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge