UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HABIB MIAH,

                Plaintiff,

    -v-

MORGAN STANLEY & CO.
INTERNATIONAL PLC, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2025

**ORDER**

25-CV-1208 (PAE) (HJR)

25-CV-3582 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On November 6, 2025, Judge Engelmayer granted Defendants' motions to dismiss, adopting the undersigned's September 30, 2025 Report and Recommendations in full. *See* Case No. 25-cv-1208 at ECF No. 96; Case No. 25-cv-3582 at ECF No. 73. Pursuant to Judge Engelmayer's orders, these cases are now closed.

Since then, Plaintiff made filings requesting clarification and guidance on various matters. *See* Case No. 25-cv-1208 at ECF No. 97; Case No. 25-cv-3582 at ECF No. 74. The Court cannot provide legal advice to litigants.

To the extent the pro se Plaintiff seeks legal advice, all pro se parties are advised that there is a Pro Se Law Clinic available to assist self-represented parties in civil cases. The Clinic may be able to provide a pro se party with advice in connection with their case. The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still

1

be made by any self-represented party through the Pro Se Intake Unit). Litigants in need of legal assistance should complete the City Bar Justice Center's intake form available at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/ to make an appointment. If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday, 10:00 a.m. to 4:00 p.m. Appointments are also available remotely Monday through Friday, 10:00 a.m. to 4:00 p.m.

**SO ORDERED.**

Dated: November 10, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge